**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE BRUNELLE and SEAN BRUNELLE,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 through 50, Inclusive,<br><br>Defendants. | **Case No: 2:17-cv-04725-ODW-AGR**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Plaintiffs' Stipulation to Dismiss Plaintiff's Complaint in its Entirety With Prejudice (ECF No. 16) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** with prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar.
3. Each party will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED**.

March 20, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**